IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



MJ-17-07-M-JCL

In the Matter of the Search of:
Account of Facebook user name:
http://www.facebook.com/
elbert.hernandez.98

ORDER

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this __ day of February, 2017.

Jeremiah C. Lynch
United States Magistrate Judge